[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*Amended Complaint*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUL 12 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Tsunami Khan -
-(Chief) Col. michael s. Wolfeather-Gorbey

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 22-CV-50173

(To be supplied by the Clerk of this Court)

Avery, Barmes, Schwartz,
Smith, Boust, Doles, Graham,
Grumway, Exner, Casey,
Johns Doe LT, John Doe
Warden, John Doe Assistant Warden.
DR. K., Johns Doe Health service supervisor.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

___✓___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A.   Name: Tsunami Khan (Chief) Col. Michael S. Wolfeather-Gorbey

   B.   List all aliases: Michael S. Gorbey

   C.   Prisoner identification number: D.C. DOC 317611 Fed. 33405-013

   D.   Place of present confinement: USP Thompson

   E.   Address: Po Box 1002 Thompson, Ill. 61285

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A.   Defendant: Avery

        Title: Captain

        Place of Employment: USP Thompson

   B.   Defendant: Barnes

        Title: Counselor

        Place of Employment: USP Thompson G-unit

   C.   Defendant: Schwortz

        Title: Officer

        Place of Employment: USP Thompson

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                                                                        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# List of Defendants continued.

Defendant Smith
  Title    officer
  Employment. USP Thompson. ill

Defendant Bouse
  Title    officer
  Employment USP Thompson ill

Defendant Doles
  Title    officer
  Employment USP Thompson. ill

Defendant Graham
  Title    Counselor
  Employment USP Thompson. ill

Defendant Grunway
  Title    officer
  Employment USP Thompson. ill

Defendant Exner
  Title    Psycology
  Employment. USP Thompson ill

Defendant Casey
  Title    officer
  Employment USP Thompson. ill

Defendant John Doe
  Title    Lt.
  Employment USP Thompson. ill

Defendant John Doe
  Title    Warden
  Employment USP Thompson. ill

Defendant John Doe
  Title    Assistant Warden
  Employment USP Thompson. ill

Defendant K.
  Title Psycology Doctor
  Employment USP Thompson ill

Defendant Hiet
  Title Health service supervisor
  Employment USP Thompson ill

Do you Have any idea who your doing this to?

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _1:18-CV-2672_

B. Approximate date of filing lawsuit: _2018_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_owlfeather-Gorbey_

D. List all defendants: _United states_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _US Dist, Washington DC,_

F. Name of judge to whom case was assigned: _Unknown,_

G. Basic claim made: _Judges maliciously abusing 1915(9) to Embezzle funds & as a Prohibitive Categorical financial barrier resulting in Dangers & damages_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending on Appeal,_ _22-5075 Prior 18-5325 DC, Cir,_

I. Approximate date of disposition: _2020 & pending Appeal 22-5075_ _18-5375_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

_* Impossible Indigent, Have, over 300 see_
_US Courts, gov_

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① I Arived At USP thompson iN April 2022 + medical staff immediately begun Denying me Prescribed glaucoma meds or As Prescribed. Damaging my Eyes threatning Total Blindness. So I sought Remedy Forms oN About 5-9-22 where Counselor Graham threaten me with Assault + Adverse Housing.

② Capt. Avery who was AN LT. At USP lee + Found by the Roanoke Fed. Ct. 7:17-cv-192 to be AN imminent Danger to me, made AN Appearance to my cell Fo2 UNIT cell 44 + threaten me with Adverse Housing.

③ some 3 Days After Graham threaten me I was moved From UNIT Fo2 To UNIT Fo3 with A violent MS13 gang member who Had been Fighting All His cellies + At the Smu For some 3 years Failing the program. being A clearly Disregard For my safety by Graham + Avery, 5-13-2022.

④ on 5-16-22 I was then moved in with A Native American with A murder charge in UNIT Go1 cell 34 Having Also been in Smu For About 3 years For Failing, where on About 5-20-22 Counselor Barnes threaten me when I try to Avoid Filing Bp8's + submitted A cop-out trying To Resolve several issues.

⑤ on About 5-24-22 I gave Barnes A Bp9 on medical + yet it got Trash + never Process.

⑥ on 5-31-22 staff then move me to UNIT Go2 the violent + Active gang UNIT With A High Profile + violent sex offender being the 3rd Adverse celly in 25 Days, + 2 High Profile UNITS Fo3 + Go2, while inmate KoWalcyk was on suicide watch with AN (out of cell) Companion. From the RHU, Avery, Dr. K. the warden, Assistant warden + DR. exner. Elected me, without my Consent, to be AN (in cell) Companion For KoWalcyk, while knowing most All staff Are Discriminating on Him Denying Him most Everything He is Entitle + therefore Denying me As well. + Now in 18 Days I've Had 1 (one) shower. no shavers. No Reck. No Hygiene. soap. shampoo. Toothpast. while staff Deny meals Almost Regularly. schwartz. Casey, + Grumway, while Dole Denies me showers + issues threats of Physical Assault if I Complain + Boust. Grumway + others Deny showers Regularly, while staff + Barnes Deny me indigent writing materials pen. Paper + Envalopes + Remedy Forms or Trash Forms + cop-outs Regularly.

⑦ on 6-7-22 schwartz Deny my celly A Dinner Tray + when He Complain schwartz got Hostile + threaten A Retalitory Discriminary cell search + About 30-45 minutes later smith + AN uNkNowN John Doe officer

4                                                    Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section]

Appear Arguing An Alleged (Random search) & smith, schwortz, Barnes & John Doe, literally, tore Gorbey's cell Apart Trashing legal papers & Poor 2 Bottles of Gorbey's shampoo All over Gorbey & Kowalcyk's, beds & Property. & later by use of injestion Gorbey Discover smith, schwortz, Barnes & unknown Had put pepper spray in His Eye Drop bottle & in His Food. Causing Blured vision & pain, HeadAkes & impaired vision As it Conflicted with Gorbey's serioush Advanced glaucoma & meds while Eating A large portion of pepper spray Food Caused chest pains serious coughing & near Asphyxiation & Gorbey's Emergency Alarm was ignored.

⑧ on About 6-8-22 Gorbey inform morning medical Staff who Took A sick-call & Contaminated Eye Drop bottle After Gorbey Preserve & Sent out samples To United Nations & Embassy Authorities, & yet upon Replacing the Eye Drops on 6-10-22, medical staff Pre-dated the bottle For 6-1-22 To Attempt To Cover up the Events, while Gorbey's sick-call was ignore As was A subsequent on He submitted About 6-14-22.

⑨ inmate Kowalcyk Not getting His way. Then began Cutting Himself & leaking Blood Around The cell & staff only Told Him To Do better & Kill Himself, so they can Blame it on Gorbey

⑩ Gorbey gave A Cop-out Packet To His psychology Handler (John Doe) on About 6-14-22 Explaining these Facts & yet most of the Cop-outs (psychology John Doe) brought back Error Alleging He Could Not Forward Cop-outs to other Prison, Department within usp Thompson. & yet About 1 Hour later Psychology & the G-unit shift Lt. (John Doe) & Ms. Exner, Had Gorbey & Kowalcyk Remove From The cell where, Exner, Immediately Ask Kowalcyk About Cutting Himself & insinuating That Gorbey Had Told. Causing Animosities, while Gorbey clearly Told The John Doe Lt, & Exner Not To put Him back in the cell with Kowalcyk yet they Did, Threatning Gorbey's safety, 6-14-22.

⑪ immediately After staff left Kowalcyk became Hostile & violent yelling & Hit Gorbey Twice in the back of the Head & neck, & Gorbey press the cell Emergency Alarm that was ignored, & put A Cop-out About it on the poor that schwortz & casey Took & Destroy, while this Further injure Gorbey's Already injure neck. (From Earlier staff Assaults) (6-14-22) 6-14-22

⑫ on 6-15-22 About 12:30 pm Kowalcyk Hit Gorbey in the back, & Gorbey Had given Barnes A Cop-out About it & sought An Emergency B.P.9. Gorbey Recieve the Form, 6-15-22 & immediately Completed it & yet Had no one To submit it To & yet About 3:00 pm Avery made A Rare Round in the unit Gorbey Handed The Emergency B.P.9 To Avery & yet Avery Refuse To Even Read it, & Handed it back To Gorbey openly saying you sued me before, so I cannot Help you, & being Exactly why the VA. Court Found imminent Danger To Apply 7:17-cr-192 For Avery Doing Exactly the same thing in virginia. leaving Gorbey in A cell to be Assaulted by Another inmate. where late That Evening 6-15-22 Kowalcyk Hit Gorbey in the neck Again causing pain & injuries.

⑬ on 6-16-22 Gorbey submitted A sick-call Explaining the Assaults & injuries, & Handed The Emergency B.P.9 Directly To Barnes seen on camera. yet. Nothing Has been Done & Gorbey is left suffering Assault while Doles openly stated Barnes Told Them About the Emergency BP9 He Trash & the only way Gorbey Can get out the cell is To Kill Kowalcyk staff At usp Thompson Are instigating Events so They can murder inmates

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

& blame it on inmate Altercations, For which Gorbey Can Produce witnesses To. while this local Court Dilly Dallys & impedes suits.

see Continuance pages 4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

① I want injunction immediately Remove From USP Thompson. ② I want injunction immediately Remove & Kept Away From Kolwalcyk, Avery, poles, schwartz, smith, Brumbury, Barnes, Exner, warden, A.W. & DR. K. ③ I want immediate medical Treatment, ④ I Demand $550,000,000.00 Million Dollars ⑤ I seek A hearing & Co-counsel, An Emergency hearing To Cure Active Assault & Injuries & Any Filing Defect. "Imminent Danger"

**VI.    The plaintiff demands that the case be tried by a jury.**   ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___16th___ day of ___June___, 20 _22_

_Tsunami KHan (chief) Col. michael S. owlfeather-Gorbey_
(Signature of plaintiff or plaintiffs)

_Tsunami KHan (chief) Col. michael S. owlfeather-Gorbey_
(Print name)

_DC DOC 317611 fed 33405-013_
(I.D. Number)

_USP Thompson Po Box 1002_
_Thompson ill, 61285_
(Address)

\* Declaration of mailing $1746 & $1621

I Gorbey Declare that I place this mail on my cell door G-unit 002. cell 002 on 6-18-2022 At 3:00 p.m. 1st class U.S.
Tsunami KHan
(chief) Col. michael s owlfeather-Gorbey
monacan Nation                    6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## Continuance Page to statement of claim

Page 1 of 4

5-31-22 to Date Schwartz & casey Repeatedly Deny Dinner on 6-16-22 I Attempted to mail This suit by Placing it on my cell Door & yet no one Took The mail. & then on 6-17-22 No one Did legal mail Pick-up. in Go2 unit.

This impedes Gorbey the Filing of This Action until monday 6-20-22. As no mail leaves the institution on weekends. Tuesday 6-21-22, Monday Holiday, on 6-17-22 inmate Kowalcyk continue The Assaults Re-injuring Gorbey's R. Hand, when Gorbey use the Hand to Block A Fisted blow From Kalalcyk, when Gorbey not long Ago suffer A serious Fracture To the Hand (From staff Assault) & is Allegedly schedule For Physical therapy, the Hand is now (Again) swollen As is Gorbey's neck, while staff Are Failing To Keep Gorbey safe! the FBop Does Not Allow Gorbey Any Form of self Defense. & Forcing Gorbey To suffer the Physical Assaults. & Physical injuries.

It Is concerning & questioning that DR. K. & the Administration would Have Even consider Placing Gorbey (of All People) in such celling conditions As An (in cell) companion For A (Known) violent & suicidal. Heinous inmate like Kowalsyk. Having Just Recieve A 200 level Fighting shot on Top of His list of some 15 Recent 100 level 200 level. (violent) incident Reports & Repeated suicides. & sex acts.

owl Feather-Gorbey 33405-013.

*(left margin, written vertically):* Not given Any Hygiene now in 19 Days. No soap, shampoo, Tooth brush. Tooth past Nothing For indigent Hygiene & Barnas Apparently trash A Bp8 I Filed on it & my cop-outs Are ignored,

ON 6-18-22 I Amended this Complaint As I Cannot seal my mail until staff Pick it up & since Events Continue I Here by Add the Additional Facts.

6-18-22 (9) Co-House Again Deny me shower, the morning shift inspected our cell & Found it in (appropriate order) To (Allow) showers (which I Find unconstitutional itself Abusing use of Denials of showers for Bootstrap Capricious. Relatitory sanctions without Discipline Hearing & Due Process) but the morning officer Turn my Card shown on Camera To Approve shower & yet As before, Bouse skips us & then when I Ask, He Flips our Card back & claims the Cell is Dirty (without) Even looking in. GrumWay Deny me A shower 6-2-22 Arguing (my cellies) bed was not made. (Again A Consern where staff Try to force inmates to Discipline or Regulate other inmates) when staff Had Deliberately Refused Kowalcyk Any bed Role To make His bed with! & like Dole on 6-4-22 Just Running up to my Cell Door Turning my Card back To Deny me A shower Arguing because my Celly is A Fat Peace of shit & if I Don't Assault Him, Kowalcyk, I can do without A shower & when I objected Dole is seen on Camera getting All Face up in the Cell Door Window Threatning me, where Today Makes 1 (one) shower I've Had About 6-9-22 being one (1) in 19 Days, (nineteen Days) while Kowalcyk Has Not Had Any & He Does not bird bath Regularly or Properly & thus subJecting me To The smell, bacteria & germs. While staff GrumWay, Holbert

These Are methods used by staff to instigate Fights & Deaths Denying inmates Rights & Privileges based upon Their Celly's conduct. instructing (inmates To) Discipline Their celly. & letting inmates Assault Cellies. I want this Fixed ASAP!

Page 3 of 4

& others laugh About the smell comming From the cell joking About it. When they staff Are causing it.

While this clearly is staffs intent. the Discriminate on Kowalcyk (because) He is A High Profile sex offender Against miners, so staff subject Kowalcyk & the celly, to Antypical & signiffigant Hardships (to) Put the celly in such Possisions He cannot Take it Any more & staff tell the cellies the only way out the cell, is To Assault Kowalcyk, While Kowalcyk is mentally Desterbed & Does things to (Add to the Antypical & signtficant Hardships. like Not Bathing Farting Any Where, Any Time! 425 Lbs & Extremely Smelly. Cutting Himself With staples. Toe Nails & Pieces of Concreat. & Hits His Cellies, & more.

Where. With His long violent & mental History staff At USP thompson, Psycology DR. K. & Exner As Well Administration (Knew) All this! & yet selected Gorbey (of All Fucken People) to bee* An in cell Companion For Kowalcyk. To Report Cuttings & suicide Attemps While subjecting (Gorbey) to the Hitting & long List of Adverse Consequences & staff misconducts (Without) Gorbey's Consent, As (Policy Requires) (Consent) to Participate As A Companion For A suicidal inmate & generally Does Not Allow (in cell) Companions & ironically Not Address Most of Gorbey's Complaints. Where these issues Are Elevated Even Further Where When Gorbey Reports the Cuttings staff basically Tell Kowalcyk Gorbey told & When Gorbey Reports the other Adverse Events. staff misconducts &

Kowalcyk's Previous celly. before Gorbey At USP thompson underwent the same thing Food trays being thrown in the Floor by staff. going without Eating, showers, & more (because of staff). With staff Telling Him He Had to Kill or Assault Kowalcyk to get out the cell. Ending in A fight with Him & Kowalcyk & Have try the same Gorbey. Even Provoking Kowalcyk to be violent.

the Hottings staff take NO ACTION & let them CONTINUE! Even ignoring or Refusing to Accept or Trashing "Emergency" Cop-outs & Bp9's clearly mark "Emergency", Policy Requires A Response in 72 Hours, Gorbey submitted to Avery 6-15-22 He Refuse to Process, Now over 72 Hours Ago. & Barnes Accepted 6-16-22 but Apparently never Process & Trash or is being ignored. leaving Gorbey to suffer All this & more. AnTypical & significant Hardships. Showers Are A (Right) NOT A Privilege! & DenyIng them (Repeatedly) subjects Gorbey to bacteria & DIseases Especially in A cell with An unclean celly. cutting Himself leaking Blood. in Times of Covid-19, Gorbey suffers chest Pains & sore throat feeling Tired All the Time with High Blood pressure, AS A A Result. Which. He Places Sick-Calls on the door that Are ignored. or Trashed 5-31-22 to date 6-18-22.

I Have No Further Paper, Pen or Envelopes to state my Issues. the Denial of such indigent legal supplies Prohibits me From Effectively stating my Issues While Barnes Denies, impedes or Trashes FBop Remedy Forms to Fight to get Bp8 & to get them Answer & then Barnes Trashes my BP9's, Even my "Emergency" ones. Foreclosing on my Access & Any Alternative means of Relief. 1st & 14th Amendment violations Forcing me to suffer 8th Amendment Damages.

Placing Gorbey in A cell with A Known violent & mentally unstable inmate is A censern. ignoring Gorbey's complaints & leaving him to suffer it is A deliberate Act of misconduct & then keeping us in A sub Human condition no Hygiene, no showers, & often no Food.

cv-50173 Document #: 10 Filed: 07/21/22 Page 12 of 13 Pa

INMATE NAME Michael S.
INMATE REG # 33405
INM D STATES PENITENTIARY
BOX 1002
MSON, IL 61285

(Legal - special mail)

(open only in presence of
Gorbey or the Court)

QUAD CITIES IL PMF 602
WED 22 JUN 2022 PM

INMATE
IDENTIFICATION
CONFIRMED

Clerk of Court
U.S. District Court
219 South Dearborn Street
20th Floor
Chicago, Illinois
60604

606043 1901 C019

